## 13409. HULIN v. THE STATE.

BROYLES, C. J.  1. After correctly instructing the jury as to the law in reference to the defendant's statement, it was not error in that connection to charge: "remembering that it is not under oath nor subject to the penalties incident to a sworn witness." *Ryals* v. *State,* 125 *Ga.* 266 (54 S. E. 168), and citation; *Harrison* v. *State,* 28 *Ga. App.* 554 (112 S. E. 293).

2. There is no substantial merit in any of the remaining grounds of the amendment to the motion for a new trial.

3. The verdict was authorized by the evidence.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED MAY 9, 1922.

Indictment for carrying pistol; from Wilkes superior court — Judge Shurley. January 24, 1922.

F. H. Colley, Hugh E. Combs, F. W. Gilbert, for plaintiff in error.

M. L. Felts, solicitor-general, contra.